ONE FIFTY-SEVEN PRINCE STREET CORPORATION, Appellant, *v.* PEARL MICHELINI, Respondent.

*Per Curiam.* We think summary judgment was properly denied. We do not, however, adopt the opinion or reasoning of the learned Special Term. The facts and circumstances evidencing the intentions of the parties should be developed upon a trial.

Accordingly, the order appealed from denying plaintiff's motion for summary judgment should be affirmed, without costs.

Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ., concur.

Order unanimously affirmed, without costs. [184 Misc. 405.]